IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
Utica Division

---

DARWIN JIMENEZ VEGA, *et al.*,

                Plaintiffs,

v.

FOX BUILDING GROUP, INC., *et al.*,

                Defendants.

Case No. 6:24-cv-785

---

## MOTION FOR DEFAULT JUDGMENT

COMES now your Plaintiffs by counsel, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Local Rule 55.2, hereby requesting Default Judgement against Defendant Vega's Drywall Contracting, LLC ("Vega's") for failing to plead or defend as required by the Federal Rules of Civil Procedure. In support thereof, Plaintiffs states as follows:

1. Plaintiffs commenced this case by filing their Complaint on December 14, 2023. On June 18, 2024, this case was transferred from the Eastern District of Virginia, Richmond Division to this District.

2. On November 23, 2024, in accordance with the laws of New York and Rule 4 of the Federal Rules of Civil Procedure, Plaintiffs personally served Juan Vega, owner of Vega's Drywall Contracting, LLC, by private process server (Docket No. 66).

3. Fed. R. Civ. Pro. 12(a)(1)(A)(i) requires Defendant Vega's to file an answer or responsive pleading within 21 days after the process was served, which would have been December 14, 2024, which has expired.

4. On January 23, 2025, Plaintiffs filed their Motion for Default and accompanying

Affidavit. ECF Nos. 79,79-1.

5. On January 24, 2025, the Clerk issued the Clerk's Certificate of Action Taken on Plaintiffs request for Entry of Default. *See* Exhibit 1.

6. An Affidavit certifying the facts alleged above is attached hereto and made a part of this Motion for Default Judgement. *See* Affidavit of Samantha R. Galina.

7. Plaintiffs request that the Court set a hearing to determine the amount of damages.

Wherefore, Plaintiffs respectfully request that default judgment be entered against Defendant Vega's pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Local Rule 55.2 and the Court set a hearing to determine the amount of damages.

Respectfully submitted,
Jose Luis Morel Torres, Roberto Carlos Torres Torres, Individually on behalf of all others similarly situated,
Plaintiffs

By: */s/ Samantha R. Galina*
Craig Juraj Curwood (VSB No. 43975)
Zev H. Antell (VSB No. 74634)
Samantha R. Galina (VSB No. 96981)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
Telephone: (804) 648-4848
Fax: (804) 237-0413
Email: craig@butlercurwood.com
zev@butlercurwood.com
samantha@butlercurwood.com

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 27, 2025, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system to serve all attorneys of record and mailed a true copy of the foregoing *Motion for Default Judgment* and the Clerk's Entry of Default to the following:

Vega's Drywall Contracting LLC
c/o Juan Jose Vega
10723 Rollingwood Drive,
Fredericksburg VA 22407

          */s/ Samantha R. Galina*
          Samantha R. Galina (VSB No. 96981)